IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IRC, LP,**                                    )
                                                )
                    Plaintiff,                  )
                                                )
v.                                              )          Civil No. **09-189 - JPG-CJP**
                                                )
**MICHAEL P. McLEAN,**                          )
                                                )
                    Defendants.                 )

## ORDER

**PROUD, Magistrate Judge**:

In its order denying Plaintiff's Motion for Expedited Discovery **(Doc. 19)**, this court erroneously stated that plaintiff did not submit a proposed order. Plaintiff's counsel has pointed out to the court that he did, in fact, submit a proposed order.

The proposed order does not specify the nature of the expedited discovery sought by plaintiff. Thus, the proposed order adds nothing to the analysis.

The court declines to reconsider its order denying Plaintiff's Motion for Expedited Discovery **(Doc. 19)**.

**IT IS SO ORDERED.**

**DATE:  April 2, 2009.**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**