UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IRC, LP,

    Plaintiff,

v.

MICHAEL P. MCLEAN,

    Defendant.

Case No. 09-cv-189-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

    **JUSTINE FLANAGAN, Acting Clerk**

**Dated: April 13, 2009**　　　　　　　　　　　　s/Brenda K. Lowe, Deputy Clerk

**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**